UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICTOR BENITEZ, | ) | 1:06-CV-00142-LJO-SMS-HC |
| Petitioner, | ) ) | |
| v. | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE |
| SCOTT P. RAWERS, Warden, | ) ) | (Doc. 20) |
| Respondent. | ) ) ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 13, 2007, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a traverse, pursuant to the court's order of November 7, 2006.

IT IS SO ORDERED.

**Dated:   April 17, 2007                      /s/ Sandra M. Snyder**
                                                              UNITED STATES MAGISTRATE JUDGE