# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR BENITEZ, | 1:06-cv-0142-LJO-SMS (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DENYING RESPONDENT'S MOTION TO DISMISS PETITION AS MOOT |
| v. | |
| SCOTT P. RAWERS, Warden, | |
| Respondent. | [Doc. 31] |

_____/

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 22, 2010, the Magistrate Judge issued Findings and Recommendation that the Motion to Dismiss be DENIED. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On March 2, 2010, Respondent filed timely objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis. Petitioner's objections present no grounds for

questioning the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued February 22, 2010, is ADOPTED IN FULL;
2. Respondent's Motion to Dismiss is DENIED; and
3. Any objections to the Magistrate Judge's January 28, 2010, Findings and Recommendation addressing the merits of the petition be filed within seven (7) days from the date of service of this order.

IT IS SO ORDERED.

**Dated:   March 23, 2010**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE